```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA      :

                                           :      19-CR-862(VEC)
         -against-                      :

                                           :      ORDER
   ANGEL LOPEZ,                       :

                          Defendant.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a change-of-plea hearing, via video conference, is currently scheduled for July 16, 2020, at 11:00 A.M.; and

      WHEREAS the proceeding needs to re-scheduled due to a conflict with other proceedings from MDC;

      IT IS HEREBY ORDERED THAT the plea hearing is advanced to **9:00 A.M. on July 16, 2020**. Counsel will be provided with call-in instructions via email. MDC is directed to produce Mr. Lopez for his video appearance. Members of the public may attend the conference by dialing the audio-only line, 1-855-268-7844, using the access code 32091812# and PIN 9921299#.

**SO ORDERED.**

**Dated: July 8, 2020**
      **New York, NY**

                                                        _____
                                                        **VALERIE CAPRONI**
                                                       **United States District Judge**