UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA

    -against-

ANGEL LOPEZ,

              Defendant.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/16/2020

19-CR-862(VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a change-of-plea hearing, via video conference, was scheduled for July 16, 2020; and

WHEREAS the hearing could not proceed due to technical difficulties;

IT IS HEREBY ORDERED THAT the plea hearing is rescheduled for **11:00 A.M. on July 28, 2020**. Counsel will be provided with call-in instructions via email. MDC is directed to produce Mr. Lopez for his video appearance. Members of the public may attend the conference by dialing the audio-only line, 1-855-268-7844, using the access code 32091812# and PIN 9921299#.

**SO ORDERED.**

**Dated: July 16, 2020**
      **New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**