```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA              :
                                      :       19-CR-862 (VEC)
           -against-                  :
                                      :       ORDER
ANGEL LOPEZ,                          :
                                      :
                       Defendant.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS a change-of-plea hearing, via video conference, is scheduled for July 28, 2020; and

   WHEREAS the Court has a scheduling conflict due to limitations on the CourtCall platform;

   IT IS HEREBY ORDERED THAT the plea hearing is rescheduled for **9:00 A.M. on July 30, 2020**.  Counsel will be provided with call-in instructions via email.  MDC is directed to produce Mr. Lopez for his video appearance.  Members of the public may attend the conference by dialing the audio-only line, 1-855-268-7844, using the access code 32091812# and PIN 9921299#.

**SO ORDERED.**

**Dated: July 22, 2020**
       **New York, NY**

                                                   _____
                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**